

NAILAH K. BYRD
CUYAHOGA COUNTY CLERK OF COURTS
1200 Ontario Street
Cleveland, Ohio 44113

## Court of Common Pleas

New Case Electronically Filed:
June 30, 2017 13:41

By: MELVIN H. BANCHEK 0005971

Confirmation Nbr. 1108488

| | |
|---|---|
| WALTER MACON | CV 17 882508 |
| vs. | |
| ALLSTATE INSURANCE COMPANY | Judge: ROBERT C. MCCLELLAND |

Pages Filed: 22

*Filed 6/30/17*

IN THE CUYAHOGA COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

WALTER MACON ) CASE NUMBER CV 17 882508
3655 EAST 116TH STREET )
CLEVELAND, OHIO 44105-2515 ) JUDGE Robert C. McClelland
)
) COMPLAINT
) WITH JURY DEMAND
Plaintiff )
)
VS. )
)
ALLSTATE INSURANCE COMPANY )
2675 SANDERS ROAD )
NORTHBROOK, ILLINOIS 60062 )
)
Defendant )

## COUNT ONE

1) Now comes the Plaintiff Walter Macon and states that he entered into contracts AKA insurance policies with the Defendant Allstate Insurance Company, copies of which are attached hereto and marked as "Exhibits A and B." The policy number for said contracts is 926011089.

2) The Plaintiff further states that he is the owner of the property located at 12721 Emery Avenue, Cleveland, Ohio 44135-2247, which property is covered for losses by the policies referenced above.

3) The Plaintiff further states that he has fully performed all of the terms and conditions of said contracts AKA insurance policies, which property is covered for losses by the policies referenced above.

4) The Plaintiff further states that on or about July 17, 2016 the Plaintiff suffered damages caused by vandalism to the property located at 12721 Emery Avenue, Cleveland, Ohio and that the aforementioned property was damaged in the sum of $7,985.00.

5) The Plaintiff further states that as the result of said damage, he was entitled, pursuant to the contracts between the Plaintiff and the Defendant, (which are attached hereto and marked as "Exhibits A and B") to receive compensation for the damages, however, the Defendant has at all times refused to compensate him for said damages, even though he has taken all of the necessary steps required by the Defendant Allstate Insurance Company to facilitate the payment of said claim.

1

6) The Plaintiff further states that pursuant to said contracts, he presented a claim to the Defendant, within the time period set forth in said contracts, however, as of the present time, the Defendant has failed to compensate him for said damages to which he is entitled, under the terms of the insurance policy.

7) The Plaintiff further states that the Defendant Allstate Insurance Company's actions constitute a material breach of said contracts.

8) The Plaintiff further states that pursuant to said contracts he is entitled to receive the sum of $7,985.00 for said damages, financial and otherwise.

## COUNT TWO

9) The Plaintiff realleges and reavers paragraphs one through eight of Count One as if fully rewritten herein.

10) The Plaintiff further states that as a result of the Defendant's intentionally failing to pay him for said damages pursuant to said contracts, he has been caused to suffer undue hardship and otherwise.

11) The Plaintiff further states that the Defendant has acted in bad faith and intentionally acted maliciously, by failing to pay him for said damages, pursuant to said contracts.

12) The Plaintiff further states that he requests punitive damages as the result of the Defendant's bad faith.

**WHEREFORE**, the Plaintiff, Walter Macon, demands judgment on Count One against the Defendant Allstate Insurance Company in the amount of the sum of money representing the maximum amount permitted under the terms of the contracts, together with interest and, prejudgment interest, punitive damages, attorney fees, costs and for other relief as the Court deems just and proper. The Plaintiff Walter Macon further demands judgment on Count Two for punitive damages, attorney fees, costs and for other relief as the Court deems just and proper.

MELVIN H. BANCHEK (0005971)
MELVIN H. BANCHEK CO., L. P. A.
Attorney for the Plaintiff Walter Macon
55 Public Square Suite 918
Cleveland, Ohio 44113-1901
(216) 566-7666
Fax (216) 566-7617

2

## JURY DEMAND

Plaintiff herein demands trial by jury.

_____
MELVIN H. BANCHEK (0005971)
MELVIN H. BANCHEK CO., L. P. A.
Attorney for Plaintiff Walter Macon
55 Public Square, Suite 918
Cleveland, Ohio 44113-1901

3